## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DR. ERNEST CAMPONOVO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  02-3661 |
| | : | |
| DR. MUNIR UWAYDAH and | : | |
| PROMETHEUS HEALTH IMAGING, INC., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of December, 2002, upon consideration of Plaintiff's

Motion to Compel Deposition of Defendant Dr. Munir Uwaydah, and in light of the stipulation

and revised scheduling order submitted by the parties and approved by the court on December 2,

2002, it is hereby ORDERED that Plaintiff's Motion (Docket No. 5) is DENIED without

prejudice to refile, if necessary.

BY THE COURT:

_____

RONALD L. BUCKWALTER, J.