IN THE FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. ERNEST CAMPONOVO | : | CIVIL ACTION |
|     Plaintiff | : | |
|     v. | : | |
| DR. MUNIR UWAYDAH and | : | |
| PROMETHEUS HEALTH IMAGING, | : | No. 02-CV-3661 |
| INC. | : | |
|     Defendants | : | |

## SUGGESTION OF BANKRUPTCY

TO THE CLERK:

Kindly mark the above-captioned matter to indicate that on January 31, 2003, defendant, Dr. Munir Uwaydah, filed Chapter 7 Bankruptcy (Title 11, United States Code). (See attached Notice of Chapter 7 Bankruptcy attached hereto as Exhibit "A.")

The filing of a Chapter 7 Bankruptcy case operates as an automatic stay of this action.

                                                                                    LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

                                                                                   BY:_____
                                                                                       Stephen E. Moore, Esquire
                                                                                       Attorney for Defendants,
                                                                                      Dr. Munir Uwaydah
                                                                                      and Prometheus Health Imaging, Inc.

Dated: February 6, 2003

## CERTIFICATE OF SERVICE

I, Stephen E. Moore, Esquire, hereby state that the foregoing Suggestion of Bankruptcy was served via first class mail upon the following on the date indicated below.

Michael D. Shaffer, Esquire
1 Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY:_____
      Stephen E. Moore, Esquire
      Attorney for Defendants,
      Dr. Munir Uwaydah
      and Prometheus Health Imaging, Inc.

Dated: <u>February 6, 2003</u>

668322