IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. ERNEST CAMPONOVO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-3661 |
| | : | |
| DR. MUNIR UWAYDAH and | : | |
| PROMETHEUS HEALTH IMAGING, INC., | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 25th day of February, 2003, in light of the automatic stay of this action (see Docket No. 11), it is hereby ORDERED that Defendant's counsel's Motion to Withdraw (Docket No. 10) is DENIED, without prejudice.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.