IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. ERNEST CAMPONOVO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-3661 |
| | : | |
| DR. MUNIR UWAYDAH and | : | |
| PROMETHEUS HEALTH IMAGING, INC., | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 18th day of June, 2003, upon consideration of the Petition of Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray to withdraw as counsel for Defendants, Dr. Munir Uwaydah and Prometheus Health Imaging, Inc., and all responses thereto, it is hereby ORDERED that the Petition is GRANTED, and the law firm of Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray is permitted to withdraw as counsel.  Defendants, Prometheus Health Imaging, Inc. and Dr. Munir Uwaydah, and Plaintiff, Dr. Ernest Camponovo, are hereby notified that a **HEARING** on the Plaintiff's motion for judgment (Docket No. 13) is scheduled for Tuesday, July 15, 2003 at 4:30 p.m. in Courtroom 14A.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.