IN THE FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| DR. ERNEST CAMPONOVO | : | CIVIL ACTION |
|    Plaintiff | : | |
|      v. | : | |
| DR. MUNIR UWAYDAH and | : | |
| PROMETHEUS HEALTH IMAGING, INC. | : | No. 02-CV-3661 |
|    Defendants | : | |
| | : | |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Pursuant to the Order entered by Judge Buckwalter on June 18, 2003 (a copy of which is attached hereto as Exhibit "A"), kindly withdraw the firm of Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray as counsel for defendants, Dr. Munir Uwaydah and Prometheus Health Imaging, Inc.

                                                    LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

                                          BY:_____
                                                Basil A. DiSipio, Esquire
                                                Stephen E. Moore, Esquire

Dated: <u>June 23, 2003</u>

# CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the within *Order and Withdrawal of Appearance* was sent on the date below to the following:

**VIA CERTIFIED MAIL RETURN RECEIPT REQUEST, AND FIRST CLASS MAIL:**

Dr. Munir Uwaydah
Prometheus Health Imaging, Inc.
2800 Nielson Way - Unit 1116
Santa Monica, CA 90405

Prometheus Health Imaging, Inc.
2697 Derbyshire
Cleveland Heights, OH  44106

**VIA FIRST CLASS MAIL:**

Michael D. Shaffer, Esquire
1 Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA  19103

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY:_____
      Stephen E. Moore, Esquire

Dated: June 23, 2003

705175