IN THE FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. ERNEST CAMPONOVO | : | CIVIL ACTION |
|     Plaintiff | : | |
|     v. | : | |
| DR. MUNIR UWAYDAH and | : | |
| PROMETHEUS HEALTH IMAGING, | : | No. 02-CV-3661 |
| INC. | : | |
|     Defendants | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that service of a true and correct copy of the within ***Petition of Counsel for Defendant's, Dr. Munir Uwaydah and Prometheus Health Imaging, Inc. for Leave to Withdraw,*** was sent on the date below to:

Prometheus Health Imaging, Inc.
545 Germantown Pike, Suite 100
Plymouth Meeting, PA  19462

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY:_____
    Basil A. DiSipio, Esquire
    Stephen E. Moore, Esquire
    Attorneys for Defendants,
    Dr. Munir Uwaydah
    and Prometheus Health Imaging, Inc.

Dated: <u>July 2, 2003</u>

707721S