```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CATHERINE GILLESPIE                 :        Civil Action
                                    :
           vs.                      :
                                    :        No. 02-8441
JO ANNE B. BARNHART

## ORDER OF REPORT AND RECOMMENDATION

**AND NOW,** this    day of August, 2003, in accordance with the procedure for the random assignment of social security cases, Local Rule 72.1, and 28 U.S.C. §636(b)(1)(B), it is hereby

**ORDERED** that the above-captioned case is referred to the Honorable James R. Melinson, United States Magistrate Judge, for a report and recommendation.

                                    BY THE COURT:


                                    _____
                                    J. CURTIS JOYNER, J.


R&R.frm