UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. ERNEST CAMPONOVO                           :
        Plaintiff,                                  :
                                                    : CIVIL ACTION NO. 02-CV-3661
    v.                                          :
                                                    :
DR. MUNIR UWAYDAH and                          :
PROMETHEUS HEALTH IMAGING, INC.                :
        Defendants                                  :

## SUGGESTION OF BANKRUPTCY

The undersigned counsel hereby notifies the Court that defendant Prometheus Health Imaging, Inc. filed a petition under Chapter 7 of the United States Bankruptcy Code on November 4, 2004 in the United States Bankruptcy Court for the Central District of California, Los Angeles District. A copy of the Petition is attached hereto. The filing of a petition in bankruptcy stays the continuation of any action or proceeding against the debtor which was commenced before the commencement of the case or to recover a claim against the debtor that arose before the commencement of the case. Accordingly, the above-referenced action is stayed pursuant to 11 U.S.C. §362(a).

                                                               Respectfully submitted,

                                                               SILVERMAN BERNHEIM & VOGEL

                                                               BY: _____
                                                                    DANIEL S. BERNHEIM, 3d, ESQUIRE
                                                               JONATHAN J. BART, ESQUIRE
                                                               Attorneys for Dr. Munir Uwaydah
                                                               and Prometheus Health Imaging, Inc.

                                                               Silverman Bernheim & Vogel
                                                                Two Penn Center Plaza, Suite 910
                                                                Philadelphia, PA 19102
                                                                Phone: 215-569-0000

## CERTIFICATE OF SERVICE

Jonathan J. Bart, Esquire hereby certifies that a true and correct copy of Defendants Suggestion of Bankruptcy was served pursuant to the instructions received at the time of filing on November 16, 2004 to:

>Michael D. Shaffer, Esquire
>Shaffer & Gaier
>One Penn Center
>1617 JFK Boulevard
>Suite 946
>Philadelphia, PA 19103

>SILVERMAN BERNHEIM & VOGEL
>
>BY: _____
>Jonathan J. Bart, Esquire
>Attorney for Defendants,
>Dr. Munir Uwaydah and
>Prometheus Health Imaging, Inc.